**Order entered March 29, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-18-00954-CV

---

## IN THE MATTER OF THE MARRIAGE OF LORIE RUTH BAKER AND GREGORY JOSEPH FINSTER

---

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-17-13669**

---

## ORDER

Before the Court is appellant's March 25, 2019 motion to extend time to file his brief. By order dated March 25, 2019, we suspended the deadline for appellant's brief on the merits pending the filing of, by April 1, 2019, a motion for extension of time to file the notice of appeal. *See* TEX. R. APP. P. 26.3. Without a timely notice of appeal, this Court lacks jurisdiction over this appeal. *See id*. 25.1(b). Accordingly, we **DENY** appellant's motion as premature.

A motion for extension of time to file a notice of appeal remains due by **April 1, 2019**. We again caution appellant that failure to comply may result in dismissal of the appeal without further notice.

/s/    ERIN A. NOWELL
       JUSTICE